IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **CULLY PORTER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No.: 5-21-CV-00612-F |
| **PONCA CITY INDEPENDENT** ) | |
| **SCHOOL DISTRICT I-71 a/k/a** ) | |
| **PONCA CITY PUBLIC SCHOOL,** ) | |
| **and SHELLY ARROTT,** ) | |
| individually, and **THAD DILBECK,** ) | |
| individually, and **BRET SMITH,** ) | |
| individually, and **KELBY GENE** ) | |
| **CROSS,** individually, and ) | |
| **AVERY MARKUS KELLEN** ) | |
| **REVARD,** individually, and **JARED** ) | |
| **FREEMAN,** individually, and ) | |
| **BRAD PARENT,** individually; and ) | |
| **JOHN DOES 1-10,** ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR ADMISSION PRO HAC VICE

RACHEL BUSSETT, attorney for Plaintiff, comes before the Court pursuant to **W.D. Local Rules 83.2(g)** and **83.3(a)** and moves for the admission of **JOSEPH THOMAS FRATE** of the State of Ohio to *Pro Hac Vice* practice before this Court.

The Applicant is otherwise qualified to be admitted before this Court pursuant to **W.D. Local Rule 83.2(g)**. Attached hereto is the completed *Request for Admission Pro Hac Vice* of the Applicant as Exhibit A. A payment of $50.00 by check or credit card made payable to the Clerk of this Court will be tendered to the Clerk of Court along with an ECF Registration after filing of this Application.

A proposed Order of Admission is submitted with this Application.

WHEREFORE, the Applicant respectfully requests entry of an order for admission pro hac vice to the Bar of this Court.

Dated: March 31, 2023

Respectfully submitted,

s/ *Rachel Bussett*

Rachel Bussett, OBA #19769
**BUSSETT LEGAL GROUP, PLLC**
2201 N. Classen Blvd.
Oklahoma City, Oklahoma 73106
Telephone: (405) 605-8073
Fax: (405) 212-9112
Rachel@BussettLegal.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, hereby certify that on March 31, 2023, I electronically transmitted this document to the Clerk of the Unitedd States District Court for the Western District of Oklahoma using ECF System for filing and transmittal of notice of electronic filing to the following ECF registrants:

XXX

*Counsel for Defendant*

/s/ Rachel Bussett
Rachel Bussett